outcome would have been different absent the error"). I therefore do not disagree with the denial of certiorari.

I nonetheless write respecting the denial of certiorari because the allocation of the burden of proving harmlessness can be outcome determinative in some cases. See *Fulminante*, 499 U. S., at 296 ("Five of us are of the view that the State has not carried its burden and accordingly affirm the judgment of the court below reversing respondent's conviction"); see, *e. g.*, *State* v. *Ball*, 2004 S. D. 9, 675 N. W. 2d 192 (holding that the State had not met its burden of showing that prosecutor's improper references in closing argument to defendant's silence were harmless beyond a reasonable doubt); *State* v. *Jorgensen*, 2008 WI 60, 310 Wis. 2d 138, 754 N. W. 2d 77 (holding that the State had not met its burden of showing that Confrontation Clause violation was harmless beyond a reasonable doubt). With all that is at stake in capital cases, cf. *Kyles* v. *Whitley*, 514 U. S. 419, 422 (1995) ("'[O]ur duty to search for constitutional error with painstaking care is never more exacting than it is in a capital case'" (quoting *Burger* v. *Kemp*, 483 U. S. 776, 785 (1987))), in future cases the California courts should take care to ensure that their burden allocation conforms to the commands of *Chapman*. In this case, however, because it seems that the burden allocation would not have altered the court's prejudice analysis, I do not disagree with the denial of certiorari.

No. 10–5328. TILLMAN *v.* NEW LINE CINEMA ET AL. C. A. 7th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. ■

No. 10–5571. JONES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ■

No. 10–7129. BALLARD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ■

No. 10–7163. DEWAR, AKA DAWAR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition. ■